```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
                                          :
UNITED STATES OF AMERICA                  :
                                          :        [PROPOSED] ORDER
        - v -                             :
                                          :        S1 21 Cr. 574(PMH)
ANDREW K. SMITH,                          :
                                          :
                         Defendant.       :
- - - - - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by and through Damian Williams, United States Attorney, Steven Kochevar, of counsel, and with the consent of defendant, by and through his counsel, it is hereby ORDERED that the time between the date of this Order and January 6, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to complete the change of plea hearing scheduled in this matter for January 6, 2022.

Dated:  White Plains, New York
        **November 29** , 2021

_____
HON. PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE