

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*

> Application granted. The Order excluding time under the Speedy Trial Act shall be docketed separately.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 67.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         January 10, 2022

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    *United States v. Smith*, S1 21 Cr. 574 (PMH)

Dear Judge Halpern:

    An arraignment and change of plea hearing for defendant Andrew K. Smith was adjourned in the above-captioned case to February 8, 2022, at 3:00 PM. *See* ECF No. 66. On November 24, 2021, a Superseding Information was filed in this matter. *See* ECF No. 58. Pursuant to the Court's January 6, 2022, Order, *see* ECF No. 66, the Government respectfully requests that the Court exclude time under the Speedy Trial Act through February 8, 2022, pursuant to 18 U.S.C. § 3161(h) because, in light of the adjourned arraignment and change of plea hearing, the interests of justice outweigh the public's and the defendant's interest in a speedy trial. Defense counsel consents to this request. A proposed Order is attached.

                                               Respectfully submitted,

                                               DAMIAN WILLIAMS
                                               United States Attorney
                                               Southern District of New York

                          By:    */s/ Steven J. Kochevar*
                                               Steven J. Kochevar
                                               Assistant United States Attorney
                                               (914) 993-1928

cc:    Sean Maher, Esq. (by ECF)